## CONNER v. CITY OF HAMMOND.

No. 259.  Decided October 23, 1967.

*Leonard B. Levy* and *Stanley Fleishman* for petitioner.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment of the Twenty-first Judicial District Court for the Parish of Tangipahoa, Louisiana, is reversed. *Redrup* v. *New York,* 386 U. S. 767.

MR. JUSTICE HARLAN would affirm the judgment of the state court upon the premises stated in his separate opinion in *Roth* v. *United States,* 354 U. S. 476, 496, and in his dissenting opinion in *Memoirs* v. *Massachusetts,* 383 U. S. 413, 455.

MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case.